UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY THOROUGHBRED HORSEMEN'S ASSOCIATION, INC.; ELR CORPORATION; DECKERT ENTERPRISES LLP #2; and TIMOTHY HILLS,<br><br>       Plaintiffs,<br><br>  v.<br><br>THE ALPEN HOUSE U.L.C.,<br><br>       Defendant. | HONORABLE JOSEPH E. IRENAS<br>CIVIL ACTION NO. 08-613 (JEI/AMD)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>**(Docket # 77)** |

**APPEARANCES:**

LOMURRO, DAVISON, EASTMAN & MUNOZ, P.A.
By:  Gary McLean, Esq.
     Peter Koenig, Esq.
100 Willowbrook Road, Building 1
Freehold, New Jersey 07728
          Counsel for Plaintiffs

STERNS & WEINROTH, P.C.
By:  Robert Zoller, Esq.
     Christopher Torkelson, Esq.
50 West State Street, Suite 1400
P.O. Box 1298
Trenton, New Jersey 08607
          Counsel for Defendant

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court upon Defendant The Alpen House's Motion for Summary Judgment (Docket #77), the Court having considered the submissions of the parties, for the reasons set forth in an Opinion issued on even date herewith, which findings of fact and conclusions of law are incorporated herein, and for good cause appearing;

**IT IS** on this 2nd day of May, 2013,

    **ORDERED THAT:**

Defendant's Motion to for Summary Judgment (Docket #77), is hereby **GRANTED** as to Plaintiffs' strict liability claim premised upon the Trainer Responsibility Rule; and **DENIED** in all other respects.

                                                           s/ Joseph E. Irenas  
                                                           JOSEPH E. IRENAS  
                                                           Senior United States District Judge